UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRI-STATE HOSPITAL SUPPLY CORPORATION,<br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　Defendant. | Civil Action No. 00-1463 (HHK/JMF) |

ORDER

As it appears that the Privilege Log for the DOJ Case files in United States v. Tri-State Hospital Supple Corp. No. 97-04-00678 (CIT), which was submitted to the court as Exhibit #2 to defendant's Notice of Submission for *In Camera* Review of Unites States' Privileged Documents [#131], provides bates numbers that do not correspond to the bates numbers on the documents submitted by defendant on CD-Rom for *in camera* review, it is, hereby, **ORDERED** that defendants file with the court a corrected Privilege Log for the DOJ Case files in United States v. Tri-State Hospital Supple Corp. No. 97-04-00678 (CIT) by October 4, 2005. This corrected privilege log shall indicate the exact bates number of the first and last page of the document referenced in each log entry.

　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN M. FACCIOLA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　Dated: _