UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRI-STATE HOSPITAL SUPPLY CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | Civil Action No. 00-1463 (HHK/JMF) |

**ORDER**

The court has reviewed the documents submitted *in camera* pursuant to Tri-State Hosp. Supply Corp. v. United States, 226 F.R.D. 118 (D.D.C. 2005), and, in accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that Plaintiff Tri-State Hospital Supply Corporation's Motion to Compel Responses to Plaintiff's First Set of Interrogatories, First Request for Production of Documents, Second Request for Production of Documents, and Second Request for Admissions [#112] is **GRANTED in part** and **DENIED in part.**

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: