UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRI-STATE HOSPITAL SUPPLY CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | Civil Action No. 00-1463 (HHK/JMF) |

### ORDER

In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that Plaintiff Tri-State Hospital Supply Corporation's Motion Requesting Magistrate Judge Facciola to Reconsider Portions of the December 16, 2005 Order Regarding Plaintiff's Motion to Compel [#155] is **DENIED**; Plaintiff Tri-State Hospital Supply Corporation's Motion to Compel a Complete Response to Plaintiff's Third Request for Production of Documents [#143] is **GRANTED in part** and **DENIED in part**; and Plaintiff's Motion to Compel Discovery Regarding Audits by the Internal Revenue Service [#165] is **GRANTED in part** and **DENIED in part**.

SO ORDERED.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: