**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TRI-STATE HOSPITAL SUPPLY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 00-1463 (HHK/JMF) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED** that <u>Plaintiff Tri- State Hospital Supply Corporation's Motion to Compel a Complete Response to Plaintiff's Third Request for Production of Documents</u>, as relates to the Report of Investigation at issue, is further **DENIED**.

**SO ORDERED**.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: